DAVID N. BARRY, ESQ. (SBN 219230)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, MARTIN MONTION

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN VANDERHOOF, Esq. (SBN 248511)
JONATHAN WON, Esq. (SBN 293910)
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant, FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MONTION, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 5:22-CV-00020-JGB-SP<br><br>(Removed from San Bernardino Superior Court Case No. CIVSB2128627)<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that Plaintiff Martin Montion and Defendant Ford Motor Company, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are pending.

JOINT NOTICE OF SETTLEMENT

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: April 29, 2022  **THE BARRY LAW FIRM**

By: _/s/ David N. Barry_
David Barry
Attorneys for Plaintiff, MARTIN MONTION

Dated: April 29, 2022  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _/s/ Brian Vanderhoof_
Brian Vanderhoof
Attorneys for Defendant, FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

> __/s/ David N. Barry____

3

JOINT NOTICE OF SETTLEMENT